IN THE SUPREME COURT OF NORTH CAROLINA

No. 432PA15

Filed 23 September 2016

STATE OF NORTH CAROLINA

v.

APRIL JEAN ANDERSON

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, ___ N.C. App. ___, 780 S.E.2d 758 (2015), finding no error after appeal from judgments entered on 16 July 2014 by Judge Linwood O. Foust in Superior Court, Catawba County. Heard in the Supreme Court on 31 August 2016.

*Roy Cooper, Attorney General, by Kimberley A. D'Arruda, Special Deputy Attorney General, for the State.*

*James N. Freeman, Jr. for defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.